IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN T. BARNETT, GWENDOLYN BARNETT and S.T. BARNETT** | : : : | **CIVIL ACTION** <br> **NO. 14-4146** |
| v. | : : | |
| **DEPARTMENT OF LICENSES AND INSPECTION OFFICE OF COMMISSIONER CARLTON WILLIAMS** | : : : | |

## ORDER

**AND NOW**, this 29th day of April, 2015, upon consideration of the defendants City of Philadelphia and Commissioner Carlton Williams' motion to dismiss the plaintiffs' complaint (Document No. 10), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.